FILED
2006 Jan-05  PM 01:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **COTTON STATES MUTUAL INSURANCE COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LUARDEAN LETSON; JEFFREY LETSON; FLOYD LETSON; and JOSEPHINE LETSON,** )<br>)<br>)<br>)<br>Defendants. ) | Civil Action Number<br>**5:05-cv-108-UWC** |

## OPINION AND ORDER GRANTING
## SUMMARY JUDGMENT AGAINST JEFFREY LETSON

It is uncontroverted that Defendant Jeffrey Letson intentionally assaulted Floyd Letson by twice striking him in the head with an object and running over him with a truck; and that Jeffrey Letson intentionally assaulted Josephine Letson by running over her with a truck. It is equally undisputed that Plaintiff's Automobile Liability Policy NO. APA 3593236, issued to Luardean Letson, excludes coverage for any person who intentionally causes "bodily injury."

Based on these undisputed facts, Plaintiff Cotton States Mutual Insurance Company is entitled to judgment as a matter of law on the underlying state law claims of Floyd and Josephine Letson against Jeffrey Letson.

Accordingly, SUMMARY and FINAL JUDGMENT is hereby GRANTED to the Plaintiff on the claims made against Jeffrey Letson.

The case shall proceed against the remaining Defendants.

Done this 5th day of January, 2005.

                                             U.W. Clemon
                                Chief United States District Judge